IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BRIAN GILES, | |
|---|---|
| Plaintiff, | 4:17CV3050 |
| vs. | ORDER |
| CITY OF LINCOLN, in their individual and official capacities.; TOM CASADY, in their individual and official capacities.; TIM LINKE, in their individual and official capacities.; ERIC JONES, in their individual and official capacities.; and PATRICK BORER, in their individual and official capacities.; | |
| Defendants. | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 23rd day of July, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge