IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN GILES, | ) | 4:17CV3050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| CITY OF LINCOLN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

In a memorandum and order entered on September 28, 2018 (Filing No. 75), Magistrate Judge Cheryl R. Zwart: (1) granted Defendants' motion for phased discovery (Filing No. 45); (2) denied Plaintiff's motion to compel (Filing No. 48); and (3) denied Plaintiff's motion for leave to amend (Filing No. 65). On October 12, 2018, Plaintiff filed a statement of objections to the memorandum and order (Filing No. 79) and a request for oral argument (Filing No. 81).

Plaintiff filed a 48-page brief in support of the statement of objections (Filing No. 80), and Defendants filed a 30-page opposing brief on October 26, 2018 (Filing No. 83). The motions at issue were also extensively briefed.[1] I find that the issues raised in Plaintiff's statement of objections are adequately discussed in the parties' briefs, and that oral argument is not necessary. *See* NECivR 7.1(d).

After careful review conducted pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a), I find that the challenged memorandum and order is not clearly erroneous or contrary to law.

---

[1] See Filing Nos. 47, 58, 61 (Defendants' motion for phased discovery); Filing Nos. 49, 55 (Plaintiff's motion to compel); and Filing Nos. 66, 72, 73 (Plaintiff's motion for leave to amend).

Accordingly,

IT IS ORDERED:

1. Plaintiff's request for oral argument (Filing No. 81) is denied.

2. Plaintiff's statement of objections (Filing No. 79) is denied.

3. The Magistrate Judge's memorandum and order entered on September 28, 2018 (Filing No. 75), is sustained and shall not be disturbed.

DATED this 31st day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge