IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN GILES,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, et al;<br><br>               Defendants. | **4:17CV3050**<br><br><br>**ORDER** |

IT IS ORDERED that the parties' motion, (Filing No. 91), is granted and to the extent discovery is permitted at this time under Filing No. 75, the court's scheduling order, (Filing No. 82), is amended as follows:

1)     The deposition deadline is extended to April 1, 2019.

2)     The discovery deadline is extended to April 15, 2019.

3)     The deadline for filing a motion for summary judgment on whether a causal link exists between Plaintiff's alleged protected activity and the alleged adverse employment actions and/or §1985 injuries is extended to May 1, 2019. The response to any dispositive motion shall not be due before May 15, 2019 or 21 days after the motion is filed, whichever date is later.

January 5, 2019.                    BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge