IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN GILES,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, et al.;<br><br>    Defendants. | **4:17CV3050**<br><br>**ORDER** |

At Plaintiff's request, the court scheduled a hearing to be held on March 11, 2019. The hearing was scheduled before the court received notice of the topics to be discussed.

Yesterday, I received a summary of the topics at issue. Upon review of the parties' submissions, (see attached), the court notes that the gravamen of the parties' dispute is whether the court's prior discovery and case progression rulings were wrong. Plaintiff further requests a 90-day continuance to complete depositions in this case prior to the filing of Phase One or any dispositive motion practice, and for a ruling that Plaintiff's counsel may engage in *ex parte* communications with the City's Lincoln Fire and Rescue employees below command staff level.

The court is not convinced that a pre-motion hearing will resolve the issues presented, thereby obviating the need for written motion practice.

Accordingly,

IT IS ORDERED that the hearing scheduled for March 11, 2019 is cancelled.

March 9, 2019.

               BY THE COURT:
               *s/ Cheryl R. Zwart*
               United States Magistrate Judge