IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN GILES,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, et al.;<br><br>    Defendants. | **4:17CV3050**<br><br>**ORDER** |

As requested in the parties' motion, (Filing No. 102), which is hereby granted,

IT IS ORDERED that as to the issue of liability,

1) The deposition deadline is extended to May 1, 2019.

2) The discovery deadline is extended to May 15, 2019.

3) The summary judgment deadline is extended to May 31, 2019.

Dated this 21st day of March, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge