IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN GILES,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, in their individual and official capacities.; TOM CASADY, in their individual and official capacities.; TIM LINKE, in their individual and official capacities.; ERIC JONES, in their individual and official capacities.; and PATRICK BORER, in their individual and official capacities.;<br><br>        Defendants. | **4:17CV3050**<br><br>**ORDER** |

The parties filed a Joint Stipulation Regarding Extension of Deadlines that were set in Filing No. 126. (Filing No. 133).

IT IS ORDERED: The parties' Joint Stipulation (Filing 133) is granted. As to the first phase of discovery, the progression order is amended as follows:

    A. The deposition deadline is now September 2, 2019.

    B. The discovery deadline is now September 16, 2019.

    C. The summary judgment deadline is now September 30, 2019.

Dated this 27th day of June, 2019.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge