IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN GILES,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, in their individual and official capacities.; TOM CASADY, in their individual and official capacities.; TIM LINKE, in their individual and official capacities.; ERIC JONES, in their individual and official capacities.; and PATRICK BORER, in their individual and official capacities.;<br><br>    Defendants. | **4:17CV3050**<br><br>**ORDER** |

The parties filed a Joint Stipulation Regarding Extension of Deadlines for the deadlines set in Filing No. 138. (Filing No. 140). The stipulation asserts the parties attended mediation on January 8, 2020 and although a settlement was not reached another mediation is scheduled for March 19, 2020.

IT IS ORDERED:

1) The parties' stipulation (Filing No. 140) is granted.

2) The parties shall contact chambers on or before March 27, 2020, regarding the outcome of the scheduled mediation.

3) As to the first phase of discovery, the progression schedule is amended as follows:

  a. The deposition deadline is now May 1, 2020.
  b. The discovery deadline is now May 1, 2020.
  c. The summary judgment deadline is now May 29, 2020.

Dated this 14th day of January, 2020.

BY THE COURT:

<u>*s/ Cheryl R. Zwart*</u>
United States Magistrate Judge