IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN GILES,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LINCOLN, in their individual and official capacities.; TOM CASADY, in their individual and official capacities.; TIM LINKE, in their individual and official capacities.; ERIC JONES, in their individual and official capacities.; and PATRICK BORER, in their individual and official capacities.;<br><br>　　　　　　　Defendants. | **4:17CV3050**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Elizabeth D. Elliott, as counsel of record for Defendants, (Filing No. 142), is granted. Elizabeth D. Elliott shall no longer receive electronic notice in this case.

Dated this 5th day of February, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge