IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN GILES,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, in their individual and official capacities.; TOM CASADY, in their individual and official capacities.; TIM LINKE, in their individual and official capacities.; ERIC JONES, in their individual and official capacities.; and PATRICK BORER, in their individual and official capacities.;<br><br>   Defendants. | **4:17CV3050**<br><br>**ORDER** |

  The parties filed a Joint Stipulation Regarding Extension of Deadlines set in Filing No. 141. (Filing No. 144). The stipulation states that, due to the ongoing novel coronavirus pandemic emergency, the parties postponed their March 19, 2020 mediation. They are hopeful that their mediation can be reset for June or July 2020. The parties further indicate that they plan to engage in facilitated telephone and email negotiations with their chosen mediator's assistance prior to the rescheduled mediation date. However, as a result of the delayed mediation, the parties request the extension of certain discovery deadlines.

  Accordingly, IT IS ORDERED:

1)  The parties' stipulation (Filing No. 144) is granted.

2)  As to the first phase of discovery, the progression schedule is amended as follows:

   a. The deposition deadline is September 4, 2020.

    b. The discovery deadline is September 4, 2020.

    c. The summary judgment deadline is October 2, 2020.

Dated this 23rd day of March, 2020.

                                             BY THE COURT:

                                             <u>*s/ Cheryl R. Zwart*</u>
                                             United States Magistrate Judge