IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN GILES,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LINCOLN, TOM CASADY, TIM LINKE, ERIC JONES, and PATRICK BORER,<br><br>Defendants. | **4:17CV3050**<br><br>**JUDGMENT** |

Pursuant to the parties' Joint Stipulation for Dismissal With Prejudice (Filing 150) and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its or their own fees and costs.

Dated this 5th day of August, 2020.

BY THE COURT:

Richard G. Kopf

Richard G. Kopf
Senior United States District Judge